UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER EUGENE WALKER, | No. 2:22-cv-1921 AC P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND F. BRENNAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Although plaintiff has filed a copy of his prisoner trust account statement, he has not filed an in forma pauperis affidavit.  See 28 U.S.C. § 1915(a).  Plaintiff will be provided the opportunity to submit the appropriate application in support of a request to proceed in forma pauperis.  He may alternatively submit the required fees totaling $402.00.  See 28 U.S.C. § 1914(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court.  Alternatively, plaintiff may pay the required fees in the amount of $402.00.  Failure to comply with this order will result in a recommendation that this action be dismissed; and

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 31, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE