UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER EUGENE WALKER, | No. 2:22-cv-1921 AC P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND F. BRENNAN, et al., | |
| Defendants. | |

By an order filed October 31, 2022, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents or paid the fee. Plaintiff will be given one final opportunity to comply.

In accordance with the above, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application in support of his request to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: December 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE