UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER EUGENE WALKER,<br><br>           Plaintiff,<br><br>      v.<br><br>EDMUND F. BRENNAN, et al.,<br><br>           Defendants. | No.  2:22-cv-01921-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO STATE A COGNIZABLE CLAIM<br><br>(Doc. No. 8) |

   Plaintiff Elmer Eugene Walker is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought against named defendants identified by plaintiff as Magistrate Judge Edmund F. Brennan, "all the judges in California and this nation," and Governor Gavin Newsom.  (Doc. No. 1 at 1–2.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 13, 2023, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted.  (Doc. No. 8.)  Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 5.)  To date, no objections to the pending findings and recommendations have

been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 13, 2023 (Doc. No. 8) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 26, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE